**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHERYL MOULTON,<br><br>      Plaintiff,<br><br>      v.<br><br>ELAINE H. PAXTON, ELAINE H. PAXTON LIVING TRUST and DOES 1-50,<br><br>      Defendants. | 3:09-cv-527-RCJ-RAM<br><br>**MINUTE ORDER** |

Currently before the Court is a Motion to Dismiss (#17) filed by Plaintiff Sheryl Moulton on November 18, 2009. Defendants Elaine H. Paxton and Elaine H. Paxton Living Trust filed no opposition or responsive paper to Plaintiff's motion.

Because this motion is unopposed, the Court finds dismissal of this action proper.

**CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's Sheryl Moulton's Motion to Dismiss (#17) is GRANTED. The Clerk of the Court shall enter judgment accordingly.

DATED: This 2nd day of August, 2010.

_____
United States District Judge